RAYMOND L. FUNAIOLI *v.* CHARLES FLYNN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 919 (AC 15453), is denied.

BORDEN, BERDON and MCDONALD, Js., did not participate in the consideration or decision of this petition.

*Philip Zuckerman,* in support of the petition.

*Matthew E. Frechette,* in opposition.

Decided May 1, 1997

STATE OF CONNECTICUT *v.* MARK D. BOUIER

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 548 (AC 15917), is denied.

*Alice M. Sexton,* in support of the petition.

*Lawrence J. Tytla,* senior assistant state's attorney, in opposition.

Decided May 8, 1997